UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIANA LEWIS, BRIAN LEWIS

VERSUS                                                    CIVIL ACTION NO.: 08-555-JVP-DLD

UNITED STATES POST OFFICE, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby dated March 5, 2009 (doc. 9). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' claims shall be **DISMISSED** for failure to state a claim upon which relief can be granted and for lack of jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 27th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA